**Opinion issued September 3, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

―――――――――――――

## NO. 01-21-00468-CV

―――――――――――――

## IN RE U-HAUL CO. OF TEXAS AND KLEINWOOD STORAGE, LLC, Relators

―――――――――――――

### Original Proceeding on Petition for Writ of Mandamus

―――――――――――――

### MEMORANDUM OPINION

Relators, U-Haul Co. of Texas and Kleinwood Storage, LLC, have filed a petition for writ of mandamus asserting that the trial court has failed or refused to rule on their motion to compel arbitration.[1] In conjunction with the petition, relators

---

[1] The underlying case is *Craig Hiles and Patricia Hiles v. U-Haul International, Inc.; U-Haul Co. of Texas; EMove, Inc.; Web Team Associates, Inc.; Kleinwood Storage, LLC; and Willy Atticus Heckler-Martell d/b/a Goalpost*, cause number 2020-08795, pending in the 11th District Court of Harris County, Texas, the Honorable Kristen Brauchle Hawkins presiding.

filed a motion requesting a stay of all discovery and other dates and deadlines in the underlying case pending resolution of relators' mandamus petition. The trial court subsequently issued an order (1) compelling arbitration of plaintiffs' claims against relators and abating the proceedings with respect to relators, and (2) declining to rule on issues related to arbitration for other defendants on the basis that the motions have not been presented to the trial court.

We deny the petition for writ of mandamus and dismiss the stay motion as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.